```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW SCHODLE                 :        CIVIL ACTION
                                :
        v.                      :
                                :
STATE FARM MUTUAL AUTOMOBILE    :
INSURANCE COMPANY               :        NO. 17-407
```

ORDER

AND NOW, this 30th day of March, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of plaintiff Matthew Schodle to remand this action to the Court of Common Pleas of Philadelphia County, Pennsylvania (Doc. # 5) is DENIED.

                          BY THE COURT:


                          /s/ Harvey Bartle III
                                                    J.